UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Esbin & Alter,

-v.-

08 Civ. 313 (RWS)

Zappier, et al
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09

Please be advised that the conference scheduled for Sept 2, 09 has been rescheduled to Sept 23, 09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
       9/9/09

_____
ROBERT W. SWEET
United States District Judge