```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ESBIN & ALTER, LLP,

                    Plaintiff,         08 Civ. 0313 (RWS)

       -against-                        O R D E R

PAUL ZAPPIER and ADVANCED TRADE
SETTLEMENT, LLC.

                    Defendants.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09

Pursuant to 28 U.S.C. § 636(b)(1), the Report and Recommendation of Magistrate Judge George A. Yanthis, dated April 3, 2009, in the above action is hereby affirmed, no objections having been filed within ten (10) days.

It is so ordered.

**New York, N.Y.**
September **29**, 2009

_____
ROBERT W. SWEET
U.S.D.J.