UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

ESBIN & ALTER,

                Plaintiff,

                                                    08 Civ. 313 (RWS)

   - against -

                                                    O R D E R

ZAPPIER, et al,

                Defendants.

-----------------------------------------X

Sweet, D.J.,

       The final sentence of the Court's February 3, 2010 opinion, indicating that Defendants are required to post a bond, is vacated. Plaintiff shall post bond in the amount of $25,000.

       It is so ordered.

New York, NY
February /0 , 2010

                                                   ROBERT W. SWEET
                                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/10